# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE ESTATE OF THOMAS FRANK CAROTHERS, JR., DECEASED.

ANNA CAROTHERS; AND APRYL LYTTLE,

Appellants,

vs.

DENISE VILLARET, SPECIAL ADMINISTRATOR OF THE ESTATE OF THOMAS FRANK CAROTHERS, JR,

Respondent.

No. 84589

**FILED**

MAY 09 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed on April 21, 2022, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellants to pay the required filing fee or demonstrate compliance with NRAP 24 within 7 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellants have not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY:_____

cc: Hon. Gloria Sturman, District Judge
The Law Office of Sean D. Lyttle, PC
Lee Kiefer & Park, LLP
Eighth District Court Clerk

22-14694